# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:15-cv-05080-SVW-JEM | Date | August 24, 2015 |
| Title | Cyrus P.H. Raphael v. Tesoro Corporation et al | | |

Present: The Honorable **STEPHEN V. WILSON, U.S. DISTRICT JUDGE**

| Paul M. Cruz | Deborah Gackle | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:

Jay W. MacIntosh

Attorneys Present for Defendants:

Michael S. Chamberlin
Olivia N. Tran

**Proceedings:** [13] Motion for Leave to file First Amended Complaint and to Remand Action to State Court

The motion is denied. Order to issue.

The Court sets the following schedule:

Filing of Motion for Summary Judgment . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . January 5, 2016
Opposition . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . January 12, 2016
Reply . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . January 19, 2016

Hearing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . February 8, 2016 at 1:30 p.m.

: 20

Initials of Preparer     PMC