Winston & Strawn LLP
333 S. Grand Avenue
Los Angeles, CA 90071-1543

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYRUS P.H. RAPHAEL,<br><br>                    Plaintiff,<br><br>         vs.<br><br>TESORO CORPORATION, a Corporation; TESORO REFINING & MARKETING COMPANY, LLC, a limited liability company; and DOES 1 through 20, inclusive,<br><br>                    Defendants. | Case No. 2:15-cv-05080-SVW-JEM<br>*[Assigned to the Honorable Stephen V. Wilson]*<br><br>[PROPOSED] ORDER GRANTING STIPULATED PROTECTIVE ORDER<br><br>Complaint Filed:   May 14, 2015<br>Trial Date: |

[PROPOSED] ORDER GRANTING STIPULATED PROTECTIVE ORDER

## ORDER

Having considered the parties' Stipulated Protective Order, the Court issues the following order:

It is hereby ORDERED that this Protective Order is entered in this case in accordance with the Stipulation of the parties.

Dated: December 8, 2015

*[signature]*

The Honorable John E. McDermott
United States District Court
Central District of California

-1-
[PROPOSED] ORDER GRANTING STIPULATED PROTECTIVE ORDER