**FILED**
CLERK, U.S. DISTRICT COURT

Nov 8, 2016

CENTRAL DISTRICT OF CALIFORNIA
BY: ____PMC____ DEPUTY

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

CYRUS P.H. RAPHAEL

    Plaintiff,

vs.

TESORO CORPORATION, a Corporation; TESORO REFINING & MARKETING COMPANY, LLC, a limited liability company; and DOES 1 through 20, inclusive,

    Defendants.

Case No. 2:15-cv-05080-SVW-JEM

[~~PROPOSED~~] JUDGMENT

/ / /
/ / /
/ / /
/ / /

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

The Court, having entered an Order granting Defendant Tesoro Refining & Marketing Company, LLC's Motion for Summary Judgment in the above-captioned case on October 26, 2016 (Dkt. 36), HEREBY ORDERS as follows:

IT IS ORDERED AND ADJUDGED that Plaintiff Cyrus P.H. Raphael take nothing, that the action be dismissed with prejudice. ~~and that Defendant Tesoro Refining & Marketing Company, LLC recover its costs.~~

IT IS SO ORDERED.

DATED: November 8, 2016    By: /s/ Stephen V. Wilson
                               Hon. Stephen V. Wilson
                               United States District Judge

2
[PROPOSED] JUDGMENT